JS-6

Joseph M. Mellano (SBN 306472)
jmellano@shufirm.com
**SHUSTAK REYNOLDS & PARTNERS, P.C.**
401 West "A" Street, Suite 2200
San Diego, California 92101
Telephone: (619) 696-9500

Timothy J. Kelly (New Jersey Bar No. 291062019)
tim@tjkiplaw.com
**TJ KELLY INTELLECTUAL PROPERTY LAW, P.C.**
P.O. Box 128
Bay Head, New Jersey 08742
Telephone: (908) 230-9105

*Attorneys for Plaintiff Schaeffler Technologies AG & CO., KG*

Allan H. Grant (SBN 213658)
allan@grants-law.com
**GRANT LAW FIRM**
3890 11th Street #400
Riverside, CA 92501
Telephone: (951) 544-5248

*Attorneys for Defendants Industrialresellers.com,
My Bearings and More eBay Store, and William Kovach*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| SCHAEFFLER TECHNOLOGIES AG & CO., KG, <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIALRESELLERS.COM, MY BEARINGS AND MORE EBAY STORE, and WILLIAM KOVACH, <br><br> Defendants. | Case No.: 5:25-CV-00605-KK-SP <br><br> **STIPULATED ORDER OF DISMISSAL** |

**STIPULATED ORDER OF DISMISSAL**

This STIPULATED ORDER OF DISMISSAL is entered into by and between plaintiff Schaeffler Technologies AG & Co. KG ("Schaeffler") on the one hand, and defendants Industrialresellers.com, My Bearings and More eBay Store, and William Kovach (collectively "Defendants"), on the other. Schaeffler and Defendants are hereinafter referred to collectively as "the Parties".

The Parties to this Stipulated Order of Dismissal have agreed to resolve the above-captioned matter, and have entered into a settlement agreement to effectuate the same, a copy of which is attached hereto as Exhibit A and made part hereof (the "Settlement Agreement").

IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. This Court has jurisdiction over plaintiff Schaeffler, over Defendants, and over the subject matter at issue.

2. Each of the Parties shall bear its own costs and attorneys' fees incurred in this lawsuit.

3. Defendants are hereby Ordered to fully comply with the terms of the Settlement Agreement.

4. The court shall retain jurisdiction over this matter for the purposes of enforcing compliance with and the terms of the Settlement Agreement.

5. This action is dismissed with prejudice.

STIPULATED, AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED: May 30, 2025   SHUSTAK REYNOLDS & PARTNERS, P.C.

/s/ Joseph M. Mellano
Joseph M. Mellano, Esq.
*Attorneys for Plaintiff Schaeffler Technologies AG & CO., KG*

DATED: May 30, 2025   GRANTS LAW FIRM

/s/ Allan Howard Grant
Allan Howard Grant, Esq.
*Attorneys for Defendants Industrialresellers.com, My Bearings and More eBay Store, and William Kovach*

### CM/ECF FILER ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest under penalty of perjury that concurrence in the contents and filing of this document has been obtained from each of the other signatories thereto.

DATED: May 30, 2025   /s/ Joseph M. Mellano

SO ORDERED.

Dated: June 5, 2025

_____
Hon. Kenly Kiya Kato
United States District Judge